**Charlesetta OATES, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 51875.

Missouri Court of Appeals,
Western District.

March 26, 1996.

Rosemary E. Percival, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and BERREY
and LAURA DENVIR STITH, JJ.

## *ORDER*

PER CURIAM:

Appeal from denial of Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).